Certificate Number: 14912-PAW-DE-040724575

Bankruptcy Case Number: 26-20325



14912-PAW-DE-040724575

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 11, 2026, at 9:15 o'clock PM EDT, Susan Mansfield completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   March 12, 2026                          By:     /s/Jai Bhatt

Name:  Jai Bhatt

Title:   Counselor