**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Glen E. Mansfield
      Susan L. Mansfield fka Susan L. Clemens
                      Debtor(s)

PENNYMAC LOAN SERVICES, LLC,
its successors and/or assigns
                      Movant
           v.
Glen E. Mansfield
Susan L. Mansfield fka Susan L. Clemens
                      Respondent(s)
              and
Robert H. Slone Esq., Trustee
                      Additional Respondent

BK. NO. 26-20325 CMB

CHAPTER 7

Related to Doc. No. 17

## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    This __23rd__ day of _April_, 2026, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

    **ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 233 Eastern Drive, Lower Burrell, PA 15068.

    Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of service.

_____
United States Bankruptcy Judge   **dmr**

Matthew Fissel, Esq.
mfissel@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
Attorney for Movant/Applicant

FILED
4/23/26 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Glen E. Mansfield

Susan L. Mansfield

    Debtors

Case No. 26-20325-CMB

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 23, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Glen E. Mansfield, Susan L. Mansfield, 233 Eastern Drive, New Kensington, PA 15068-3235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026　　　　　　　　Signature:　　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Bleasdale | on behalf of Joint Debtor Susan L. Mansfield bleasdb@yahoo.com |
| Brian J. Bleasdale | on behalf of Debtor Glen E. Mansfield bleasdb@yahoo.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com |

TOTAL: 7