IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 26-20325-CMB |
| | ) |
| Glen E. Mansfield and Susan L. Mansfield, | ) |
| | ) CHAPTER 7 |
| Debtors. | ) |
| | ) |
| First National Bank of Pennsylvania, | ) |
| | ) Related to Doc. No. 20 |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| Glen E. Mansfield and Susan L. Mansfield, Debtors; and Robert H. Slone, Chapter 7 Trustee; | ) **ENTERED BY DEFAULT** |
| | ) |
| Respondents. | |

## ORDER OF COURT

AND NOW, this ____5th____ day of ____May____, 2026, upon consideration of the Motion for Relief from the Automatic Stay as to Year 2018 Ford F-150 Motor Vehicle filed on behalf of First National Bank of Pennsylvania ("Movant"), it is hereby ORDERED, ADJUDGED, and DECREED that the automatic stay is unconditionally and immediately terminated it affects the interests of Movant in the Year 2018 Ford F-150 motor vehicle at VIN No. 1FTEX1EB5JKD14525. It is further ORDERED, ADJUDGED, and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any dismissal or subsequent conversion of this case to another chapter.

BY THE COURT:

FILED
5/5/26 11:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Honorable Carlota M. Bohm        dmr
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                  Case No. 26-20325-CMB

Glen E. Mansfield                                                               Chapter 7

Susan L. Mansfield

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 05, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Glen E. Mansfield, Susan L. Mansfield, 233 Eastern Drive, New Kensington, PA 15068-3235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian J. Bleasdale | on behalf of Joint Debtor Susan L. Mansfield bleasdb@yahoo.com |
| Brian J. Bleasdale | on behalf of Debtor Glen E. Mansfield bleasdb@yahoo.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com |

TOTAL: 7