**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Glen E. Mansfield | Social Security number or ITIN   xxx–xx–9395 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Susan L. Mansfield | Social Security number or ITIN   xxx–xx–9004 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   26–20325–CMB

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Glen E. Mansfield

Susan L. Mansfield
fka Susan L. Clemens

5/20/26

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 26-20325-CMB

Glen E. Mansfield                                                                      Chapter 7

Susan L. Mansfield

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                            User: admin                                    Page 1 of 2

Date Rcvd: May 20, 2026                    Form ID: 318                                Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | | Glen E. Mansfield, Susan L. Mansfield, 233 Eastern Drive, New Kensington, PA 15068-3235 |
| 16633794 | + | AHN West Penn, PO Box 16346, Pittsburgh, PA 15242-0346 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | EDI: PENNDEPTREV | May 21 2026 05:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 21 2026 05:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 21 2026 01:31:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 16633793 | ^ | MEBN | May 21 2026 01:29:48 | ADT, 452 Sable Blvd Unit G, Aurora, CO 80011-0813 |
| 16633795 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 21 2026 01:37:26 | Best Egg, Attn: Bankruptcy, Po Box 42912, Philadelphia, PA 19101-2912 |
| 16633796 | + | EDI: CAPITALONE.COM | May 21 2026 05:30:00 | Capitalone, Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16633797 | + | EDI: JPMORGANCHASE | May 21 2026 05:30:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 16633798 | + | Email/Text: bankruptcy@clearviewfcu.org | May 21 2026 01:31:00 | Clearview FCU, Attn: Bankruptcy, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 16633799 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 21 2026 01:31:00 | First National Bank of Pennsylvania, Attn: Legal Dept, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 16633800 | + | EDI: AMINFOFP.COM | May 21 2026 05:30:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 16633802 | | Email/Text: Bankruptcy.Notices@pnc.com | May 21 2026 01:31:00 | PNC Financial/PNC Bank, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 16633801 | + | Email/PDF: ebnotices@pnmac.com | May 21 2026 01:37:30 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16633803 | + | Email/Text: bankruptcy@sunrisecreditservices.com | May 21 2026 01:31:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |

| 16633804 | + EDI: SYNC | | |
|---|---|---|---|
| | | May 21 2026 05:30:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 16633805 | + Email/Text: BankruptcyNotice@upmc.edu | | |
| | | May 21 2026 01:31:00 | UPMC, 2 Hot Metal Street, Dist Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian J. Bleasdale | on behalf of Debtor Glen E. Mansfield bleasdb@yahoo.com |
| Brian J. Bleasdale | on behalf of Joint Debtor Susan L. Mansfield bleasdb@yahoo.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com |

TOTAL: 7